JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PENSKE TRUCK LEASING CO., LP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, et al.,<br><br>　　　　Defendants. | Case No. CV 22-8763-DMG (JEMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [8]** |

　　　The parties having so stipulated,

　　　IT IS HEREBY ORDERED that this action be dismissed, with prejudice, in its entirety.

IT IS SO ORDERED.

DATED: December 29, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1